AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

AZUJHON KENNETH SIMS,

    Plaintiff,          JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:12-cv-00624-RCJ-WGC**

STEVEN D. GRIERSON, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiff's complaint is **DISMISSED** with prejudice for failure to state a claim for which relief may be granted.

   January 16, 2013                **LANCE S. WILSON**
                                                                Clerk

                                                        /s/ D. R. Morgan
                                                         Deputy Clerk